**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                    **CR. No. 98-20003-001**

**FRANCISCO OCAMPO**                                                       **DEFENDANT**

**O R D E R**

Now on this 25th day of March, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #129, filed February 25, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Reduce Sentence (Doc. #127) is hereby **denied**.

**IT IS SO ORDERED.**

                                               **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**